UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-131 RAJ |
| Plaintiff, | ) | |
| v. | ) | [PROPOSED] ORDER MODIFYING |
| | ) | APPEARANCE BOND AND |
| LARRY DOBBIE HOLLOWAY, | ) | CONDITIONS OF RELEASE |
| Defendant | ) | |

LARRY DOBBIE HOLLOWAY, through counsel, Terry Kellogg, having moved the Court for entry of an order Modifying the Appearance Bond and Conditions of Release as to defendant Holloway, the government either not opposing or their objections being fully considered, IT IS

ORDERED THE Appearance Bond and Conditions of Release are modified to permit Larry Holloway to possess Social Security numbers, identifications, or documents in the names of his two minor daughters, Lashay Holloway and April Holloway, as well as such documents in his own name.

Dated this 14th of June, 2018.

Brian A. Tsuchida
CHIEF MAGISTRATE JUDGE

MOTION TO MODIFY CONDITIONS
OF RELEASE - 1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003