1

2

3

4

5

The Hon. Richard A. Jones

6

7

8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

UNITED STATES OF AMERICA,

NO. CR18-131-RAJ

11

Plaintiff,

12

v.

13

**PROTECTIVE ORDER**
**RESTRAINING CERTAIN**
**FORFEITABLE PROPERTY**

CHARLES ROLAND CHEATHAM, *et al.*,

14

15

Defendants.

16

17    THIS MATTER comes before the Court on the United States' Motion for Entry of

18  a Protective Order Restraining Certain Forfeitable Property, as follows:

19

20    1.    Approximately $8,162 in U.S. currency, seized from Larry Dobbie Holloway
            on or about June 6, 2018 in Renton, Washington (hereafter, the "Subject

21          Property").

22    The Court, having reviewed the papers and pleadings filed in this matter, hereby

23  FINDS entry of a protective order restraining the Subject Property is appropriate because:

24    •    The United States gave notice of its intent to pursue forfeiture in the

25         Indictment (Dkt. No. 1) and identified the Subject Property, specifically, in

26         the Superseding Indictment (Dkt. No. 414 at 36);

27

28

Protective Order Restraining Certain Forfeitable Property - 1
*United States v. Cheatham, et al.,* CR18-131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 · Based on the facts set forth in Task Force Officer Huber's affidavit, there is
2 probable cause to believe that the Subject Property is subject to forfeiture in
3 this case; and
4 · To ensure that the Subject Property remains available for forfeiture, its
5 continued restraint, pursuant to 21 U.S.C. § 853(e)(1), is appropriate.
6
7 NOW, THEREFORE, THE COURT ORDERS:
8 1. The United States' request for a protective order restraining the Subject
9 Property pending the conclusion of this case is GRANTED; and
10 2. The Subject Property shall remain in the custody of the United States, to
11 include its federal agencies and/or their authorized agents or representatives, pending the
12 conclusion of criminal forfeiture proceedings and/or further order of this Court.
13
14 IT IS SO ORDERED.
15 DATED this 14th day of December, 2018.
16
17
18 _____
19 The Honorable Richard A. Jones
20 United States District Judge
21
22
23
24
25
26
27
28

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970