Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 18-131 RAJ |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER MODIFYING CONDITIONS OF RELEASE TO REMOVE LOCATION MONITORING |
| | ) | |
| LARRY DOBBIE HOLLOWAY, | ) | |
| Defendant | ) | |

Defendant LARRY HOLLOWAY, though counsel, Terrence Kellogg, having moved the Court for entry of an order modifying his conditions of release to remove the requirement to participate in location monitoring program, the Court, being otherwise fully advised, hereby,

ORDERS that the previous Appearance Bond, Docket No. 204, is modified to delete the condition:

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with the curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the cost of the services, to the extent financially able, as determined by the location monitoring

PROPOSED ORDER GARNTING MOTION TO MODIFY CONDITIONS
OF RELEASE TO REMOVE LOCATION MONITORING – PAGE -1

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003

specialist. The location monitoring specialist will coordinate the defendant's release with the US Marshals.

AND to add the following condition:

The defendant shall comply with Stand Alone Monitoring component of the Location Monitoring Program. The defendant will be monitored by Active Global Positioning Satellite technology which shall be utilized for purposes of verifying compliance with court imposed conditions of supervision. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

Done this 15th day of May, 2019.

_____
HON. BRIAN A. TSUCHIDA
CHIEF U.S. MAGISTRATE JUDGE

PROPOSED ORDER GARNTING MOTION TO MODIFY CONDITIONS
OF RELEASE TO REMOVE LOCATION MONITORING – PAGE -2

TERRENCE KELLOGG
P.O. Box 70819
SEATTLE, WASHINGTON 98127
(206) 491-9003