Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY DOBBIE HOLLOWAY,<br><br>Defendant. | No. 2:18-cr-00131-RAJ<br><br>ORDER EXTENDING TIME |

The Court, having considered the agreed motion and other facts apparent from the record, grants the request for an extension to extend briefing schedule.

IT IS HEREBY ordered that the agreed motion (Dkt. 1885) is GRANTED. The deadline for the Government to respond to Defendant's Motion for Early Termination of Supervision is extended to no later than July 10, 2025, Defendant's reply, is due no later than July 15, 2025, and the Defendant's Motion is re-noted for July 15, 2025.

DATED this 24th day of June, 2025.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER EXTENDING TIME - 1
*United States v. Holloway*, 2:18-cr-00131-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970